UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:15-cv-2768-SVW-JC | Date | May 18, 2015 |
|---|---|---|---|
| Title | Atul Kumar v. Alfano Motorcars, Inc., et al. | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE |
|---|---|

| Paul M. Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**   IN CHAMBERS ORDER TO SHOW CAUSE

Federal Rule of Civil Procedure 8 requires a short and plain statement of the grounds for the Court's jurisdiction. Fed. R. Civ. P. 8(a)(1). Plaintiff Atul Kumar invoked the Court's diversity jurisdiction. Compl., ¶ 4, ECF No. 1. To establish diversity jurisdiction, Kumar must show that the parties are completely diverse and over $75,000 is in controversy. *See* 28 U.S.C. § 1332; *Stock W., Inc. v. Confederated Tribes of the Colville Reservation*, 873 F.2d 1221, 1225 (9th Cir. 1989).

It is unclear whether the parties are diverse in this case. Kumar alleges that Mercedes-Benz is a limited liability company organized under the laws of Delaware and headquartered in New Jersey. Compl., ¶ 3, ECF No. 1. Those facts, however, do not establish Mercedes' citizenship because limited liability companies "have the citizenship of all their owners/members . . . for diversity of citizenship under 28 U.S.C. § 1332." *Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899, 902 (9th Cir. 2006). Since Kumar does not identify the owners or members of Mercedes, it is impossible to determine whether the Court has subject matter jurisdiction over the case.

The Court is under a duty to raise issues of subject matter jurisdiction *sua sponte*. *See Snell v. Cleveland, Inc.*, 316 F.3d 822, 826 (9th Cir. 2002). Because it is unclear from the complaint whether jurisdiction exists over the case, the Court orders Kumar to show cause why the case should not be dismissed for lack of subject matter jurisdiction. Kumar shall submit his response no later than June 1, 2015; Defendants may respond no later than June 8, 2015. The matter is set for hearing on June 22, 2015, at 1:30 p.m.

|  | : |  |
|---|---|---|
|  | Initials of Preparer | PMC |