ANTHONY J. SPERBER, Bar No. 197962
LAW OFFICE OF ANTHONY J. SPERBER
1808 Sixth Street, Berkeley, CA 94710
Tel: 510.845.8844
Fax: 510.845.1998
anthony@sperberlaw.com

KURT W. DREGER, Bar No. 283384
LAW OFFICE OF KURT W. DREGER
848 Mohawk Drive, Livermore, CA 94551
Tel: 925.605.9261
Fax: 925.294.8012
kurt@dregerlawoffices.com

Attorneys for Plaintiff Atul Kumar

FILED
CLERK, U.S. DISTRICT COURT
Dec 3, 2015
CENTRAL DISTRICT OF CALIFORNIA
BY: PMC DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| ATUL KUMAR, an individual;<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALFANO MOTORCARS, INC., a California corporation; MERCEDES-BENZ USA, LLC., a Delaware limited liability company; and DOES 1 to 100<br><br>　　　　Defendants. | Case No. 2:15-cv-02768 SVW (JCx)<br>[Filed March 14, 2015]<br><br>Hon. Stephen V. Wilson<br><br>**ORDER DISMISSING DEFENDANT MERCEDES-BENZ USA, LLC PURSUANT TO JOINT STIPULATION** |

　　PURSUANT TO the Joint Stipulation to Dismiss Mercedes-Benz USA, LLC, and good cause appearing,

　　IT IS ORDERED THAT Defendant Mercedes-Benz USA, LLC is dismissed from this case with prejudice. Plaintiff's case against Alfano Motorcars, Inc. remains on the inactive calendar pending the outcome of the arbitration proceedings currently underway between Plaintiff and Alfano.

IT IS SO ORDERED.
Dated: December 3, 2015

　　　　　　　　　　　　　　　　　　　STEPHEN V. WILSON
　　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE-

- 1 -